**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| **EMANUEL DAVID HODGE, JR.,** | : | **1:12-cr-35–WLS-ALS** |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is the Defendant's Motion for Early Termination of Supervised Release (Doc. 412) ("Motion") filed October 19, 2026. Therein, Defendant states he has successfully completed more than one year of his five-year term of supervised release, and requests that the Court terminate the remainder of his supervised release. Per the Clerk's docket entry of October 19, 2026, Defendant is required to refile a signed copy of his Motion on or before Monday, November 2, 2026.

Within twenty-one (21) days of the date on which Defendant refiles his signed Motion, the Government is hereby **ORDERED** to file a response to the Motion.

**SO ORDERED**, this 21st day of October 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**