IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO: 1:12-cr-35–WLS-ALS** |
| **EMANUEL DAVID HODGE, JR.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is the Defendant's Motion for Early Termination of Supervised Release (Doc. 412) ("Motion") filed October 19, 2026. Defendant failed to sign the Motion. Thus, on October 19, 2026, the Clerk of Court issued a Notice of Deficiency to Defendant notifying him that within fourteen days from the date of the Notice of Deficiency, Defendant must refile a signed copy of his Motion. The Notice of Deficiency advised that "Failure to comply with this notice may result in dismissal of your case by the Court." *See* Fed. R. Crim. P. 49(b)(4). On October 20, 2026, the Clerk of Court mailed a copy of the Notice of Deficiency to Defendant. *See* Docket Entry dated 10/19/2026. Further, by Order (Doc. 413) entered October 21, 2026, Defendant was again notified that he needed to refile a signed copy of his Motion. Per the Clerk's docket entry of October 19, 2026, Defendant was required to refile a signed copy of his Motion on or before Monday, November 2, 2026. However, as the Motion was not mailed to Defendant until October 20, 2026, and allowing an extra three days for mailing, Defendant should have refiled his Motion for Early Termination of Supervised Release no later than Friday, November 6, 2026. To date, the signed Motion has not been refiled.

Accordingly, on or before **Tuesday, November 24, 2026**, Defendant shall refile a *signed* Motion for Early Termination of Supervised Release. Defendant is hereby noticed that failure to comply with this Order may subject this case to dismissal, without prejudice, and without further notice or proceeding.

Within twenty-one (21) days of the date on which Defendant refiles his signed Motion, the Government is hereby **ORDERED** to file a response to the Motion.

**SO ORDERED**, this 10th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**